## DOWNING *vs.* DELASSIZE.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT, JUDGE WATTS PRESIDING.

Compensation may be pleaded at every stage of the proceedings *on the trial,* if it be pleaded specially.

This is an action on an account for a balance of one thousand five hundred and fifty dollars, which the plaintiff alleges is due to him for services rendered the defendant, as manager of a saw mill.

The defendant pleaded a general denial. The case comes before this court on a bill of exceptions. On the trial, and before the testimony of the defendant was closed, the defendant, by his counsel, asked leave of the court to amend and file a plea of compensation of six hundred and thirty-three dollars, against the first item in the plaintiff's demand, being the note of the latter for that sum, but the court refused to grant the leave, and to permit the plea of compensation to be filed. The defendant took his bill of exceptions.

Judgment was rendered in favor of the plaintiff for the Eastern Dist.
principal part of his demand, and the defendant appealed.

*M'Kinney* and *M'Millen*, for the plaintiff, prayed for the affirmance of the judgment.

*Roselius*, for the defendant and appellant, insisted that compensation could be pleaded at any stage of the proceedings, previous to final judgment. *Code of Practice*, 367. 11 *Louisiana Reports*, 213. 2 *Martin*, *N. S.*, 135. 3 *Ibid.* 665. 5 *Ibid.* 135.

*Eustis, J.*, delivered the opinion of the court.

On the trial of this cause, and before the testimony of the defendant was closed, the defendant by his counsel prayed the court for leave to file a plea of compensation for the amount of a promissory note subscribed by the plaintiff ; the court refused to allow the plea to be filed, and the counsel for the defendant excepted to the opinion of the court.

We think the judge erred. The article 367 of the Code of Practice, is imperative. Compensation may be pleaded *at every stage* of the proceedings : *Provided*, it be pleaded specially.

The judgment of the District Court is, therefore, reversed, and the cause is remanded, with directions to the judge to allow the defendant to file his plea of compensation, as stated in the bill of exceptions, and that the appellee pay costs.